**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| MOHAMMED AL-ADAHI, <u>et</u> <u>al.</u>, | : | |
| | : | |
| Petitioners, | : | |
| | : | |
| v. | : | Civil Action No. 05-280 (GK) |
| | : | |
| BARACK H. OBAMA, <u>et</u> <u>al.</u>, | : | |
| | : | |
| Respondents. | : | |

## <u>ORDER</u>

A Status Conference was held in this case on March 25, 2009, which took place in part in open court and in part in a sealed courtroom due to the discussion of classified information.[1] Upon consideration of Petitioner Bawazir's Motion for Discovery Pursuant to Section I.E.2 of the Case Management Order [Dkt. No. 290], the Government's Opposition [Dkt. No. 300], Petitioner's Reply [Dkt. No. 307], representations of the parties, and the entire record herein,[2] it is hereby[3]

---

[1] In addition to scheduling issues, there were three ripe discovery motions before the Court; one motion was filed on the public docket, while two others were classified. The public motion was dealt with in open court, and its resolution is set forth herein. The Court resolved parts, but not all, of the classified motions in closed proceedings; because that Order contains classified information, it cannot be filed on the public docket.

[2] Any mention herein of the "consolidated files" refers to the JTF-GTMO/OARDEC files.

[3] Unless otherwise specified, all matters listed in the Document Request are included in the Court's Order.

**ORDERED**, that Document Request No. 1 is **granted.** The Government shall produce all records or reports of interrogations of Petitioner either before or after his rendition to Guantanamo Bay; and it is further

**ORDERED**, that Document Request No. 2 is **granted in part.** To the extent that the Government has not already done so as part of its production of exculpatory evidence, it shall produce interrogation logs or plans for those interrogations of the Petitioner that elicited statements upon which the Government relies to justify its detention; and it is further

**ORDERED**, that Document Request No. 3 is **denied without prejudice.** Petitioner may, if he chooses, amend his request to narrow what he is asking of the Government. Such an amended request should be limited to specific individuals who Petitioner can identify by name, who he alleges worked for Ahfad al Sabah and Al Wafa, and who he alleges are not enemy combatants; and it is further

**ORDERED**, that Document Request No. 4 is **denied**, because it sweeps too broadly; and it is further

**ORDERED**, that Document Request No. 5 is **denied**, because the Government represented that it has satisfied this request by fulfilling its obligation to produce exculpatory information; and it is further

**ORDERED**, that Document Request No. 6 is **denied without prejudice**, because it sweeps too broadly. Petitioner may, if he

chooses, amend his request to narrow what he is asking of the Government. Such an amended request should be limited to information related to the Government's knowledge of promises or requests made to individuals whose confessions, if given, the Government relies on to justify detention; and it is further

**ORDERED,** that Document Request No. 7 is **denied,** because the Government represented that it has satisfied this request by fulfilling its obligation to produce exculpatory information; and it is further

**ORDERED,** that Document Request No. 8 is **granted in part and denied in part without prejudice.** The Government shall produce Petitioner's medical records for the first four months that Petitioner was detained at Guantanamo Bay. Petitioner may request, if supported by very specific evidence from these records, additional medical records at a later time; and it is further

**ORDERED,** that Document Requests No. 9 and No. 10 are **granted in part and denied in part.** The Government must produce any documents or other information that relate to any formal requirements or procedures for becoming a member of Al Qaida; and it is further

**ORDERED,** that Document Request No. 11 is **denied,** because it is burdensome and sweeps too broadly; and it is further

**ORDERED,** that Petitioner's Request for Admissions and Associated Interrogatories is **denied,** because the Government represented that it has satisfied these requests.

**ORDERED**, a further Status Conference will be held on **April 1, 2009, at 10:30 a.m.**

|                      |                                      |
|----------------------|--------------------------------------|
|                      | /s/                                  |
| March 25, 2009       | Gladys Kessler                       |
|                      | United States District Judge         |

Copies to:  Attorneys of Record via ECF